# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**September 27, 2010**

| | | |
|---|---|---|
| 30016 | State v. Blagus | Affirmed |

**September 29, 2010**

| | | |
|---|---|---|
| 29959 | Miyasaki v. Frank's Auto Paint, Inc. | Dismissed |
| 30112 | State v. Lim | Affirmed |

**September 30, 2010**

| | | |
|---|---|---|
| 30175 | State v. Dyer | Vacated and Remanded |
| 29967 | State v. Gordon | Affirmed |

**October 11, 2010**

| | | |
|---|---|---|
| 30034 | State v. Kelemete | Affirmed |

**October 15, 2010**

| | | |
|---|---|---|
| 30008 | State v. Keao | Affirmed |
| 29866 | State v. Kim | Vacated and Remanded |

**October 21, 2010**

| | | |
|---|---|---|
| 29877 | Blaisdell, In re | Affirmed |
| 29670 | State v. Chosa | Affirmed |
| 29855 | State v. Moevao | Affirmed |
| 30092 | State v. Ruttenber | Reversed |